UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION
www.flmb.uscourts.gov

IN RE:  CASE NO. 3:20-bk-03495-JAF
CHAPTER 11

JAX AVALON, LLC,

               Debtor.
_____/

### AFFIDAVIT OF PROPOSED CHIEF RESTRUCTURING OFFICER

STATE OF FLORIDA
COUNTY OF DUVAL

    I, **Mark C. Healy**, state under oath:

1. I am the Executive Vice President of Michael Moecker & Associates, Inc., and maintain an office at 841 Prudential Drive, Jacksonville, Florida 32207.

2. To my knowledge, based upon my review of a conflict check, I do not have any connection with Debtor's creditors, any other party in interest, or their attorneys.

3. To the best of my knowledge, I do not represent any interest adverse to Debtor or the estate in the matters upon which I am to be engaged.

4. I am owed no money by the Debtor, nor do I have any personal connections to the Debtor, its shareholders, officers or directors.

(the remainder of this affidavit is intentionally left blank)

1

5. Further affiant sayeth not.

______________________________
**Mark. C. Healy**

STATE OF FLORIDA
COUNTY OF DUVAL

Sworn to (or affirmed) and subscribed before me, **by means of ☑ physical presence or ☐ online notarization**, this 11 day of December, 2020, by **Mark C. Healy**, who is personally known to me or produced FL DL as identification on ______________.

______________________________
Notary Public - State of Florida

Rachael Aldrich
______________________________
(Seal)

RACHAEL ALDRICH
Commission # GG 335220
Expires May 15, 2023
Bonded Thru Troy Fain Insurance 800-385-7019